# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL BRENNAN,<br><br>                    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SERVICES, *et al.*,<br><br>                    Defendants. | CASE NO. 13-cv-1406-W (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT TRANSUNION, LLC WITH PREJUDICE [DOC. 9]** |

Pending before the Court is the Plaintiff Carol Brennan and Defendant Transunion, LLC's joint motion to dismiss Transunion, LLC from this action with prejudice. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion. (Doc. 9.) Accordingly, the Court **DISMISSES WITH PREJUDICE** Defendant Transunion, LLC from this action. Each party shall bear their own costs.

**IT IS SO ORDERED.**

DATE: October 16, 2013

HON. THOMAS J. WHELAN
United States District Court
Southern District of California