UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL BRENNAN,<br><br>          Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SERVICES, *et al.*,<br><br>          Defendants. | Civil No. 13-CV-1406-W (WVG)<br><br>ORDER FOLLOWING STATUS CONFERENCE; SETTING DATES FOR SETTLEMENT PROCESS |

On November 4, 2013, this Court held a telephonic Status Conference with counsel for all remaining parties. Mr. Raymond Vecchio participated on behalf of Plaintiff and Ms. Nilab Rahyar participated on behalf of Defendant Experian Information Services.

The parties shall comply with the following schedule:

1. On or before November 22, 2013, Defendant Experian Information Services shall disburse payment to Plaintiff.

2. On or before November 25, 2013, the parties shall file a Joint Motion to Dismiss this case with prejudice.

3. A telephonic Settlement Disposition Conference is set for November 26, 2013, at 7:00 a.m. The Settlement Disposition Conference automatically will be vacated if a Joint Motion to Dismiss with prejudice is filed on or before

November 25, 2013. If a Joint Motion to Dismiss is not filed by that date, counsel must be prepared to provide an explanation to the Court during the Conference. Only counsel must participate and the Court will initiate the call.

IT IS SO ORDERED.

DATED: November 4, 2013

Hon. William V. Gallo
U.S. Magistrate Judge