| | |
|---|---|
| 1 | Raymond M. Vecchio (State Bar No. 86657) |
| 2 | Attorney at Law<br>4080 Bermuda Dunes Place |
| 3 | Bonita, CA  91902 |
| 4 | Attorney for Plaintiff<br>CAROL BRENNAN |
| 5 | Nilab N. Rahyar (State Bar No. 272810) |
| 6 | nnrahyar@jonesday.com<br>JONES DAY |
| 7 | 3161 Michelson Drive<br>Suite 800 |
| 8 | Irvine, CA  92612.4408<br>Telephone:  +1.949.851.3939 |
| 9 | Facsimile:   +1.949.553.7539 |
| 10 | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, |
| 11 | INC. |

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL BRENNAN,<br><br>            Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SERVICES, TRANSUNION, LLC.<br><br>            Defendants. | Case No.: 3:13-cv-01406-W-WVG<br><br>Assigned for all purposes to Honorable Thomas J. Whelan<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated between Plaintiff Carol Brennan ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") that all of Plaintiff's claims asserted against Experian in this case are dismissed with prejudice on the merits, with each side bearing its own costs.

| | | |
|---|---|---|
| 1 | Dated: November 19, 2013 | RAYMOND M. VECCHIO |
| 2 | | |
| 3 | | By: */s/ Raymond M. Vecchio* |
| 4 | |     Raymond M. Vecchio |
| 5 | | Attorneys for Plaintiff<br>CAROL BRENNAN |
| 6 | | |
| 7 | Dated: November 19, 2013 | JONES DAY |
| 8 | | |
| 9 | | By: */s/ Nilab N. Rahyar*<br>    Nilab N. Rahyar |
| 10 | | |
| 11 | | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |
| 12 | | |
| ... | | |
| 28 | | |

IRI-57479v1

- 2 -

JOINT STIPULATION FOR DISMISSAL
WITH PREJUDICE
Case No. 13-cv-01406-W-WMC

## PROOF OF SERVICE

I, Nilab N. Rahyar, declare I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On **November 19, 2013**, I served a copy of the within document(s):

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

I am familiar with the United States District Court for the Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Raymond M. Vecchio<br>Attorney at Law<br>4080 Bermuda Dunes Place<br>Bonita, CA 91902 | Attorney for Plaintiff<br>CAROL BRENNAN |

Executed on **November 19, 2013**, at Irvine, California.

*/s/ Nilab N. Rahyar*
Nilab N. Rahyar