1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL BRENNAN,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>EXPERIAN INFORMATION SERVICES, *et al.*,<br><br>　　　　　　　　　　Defendants. | CASE NO. 13-cv-1406-W (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 14]** |

　　　Pending before the Court is the parties' joint motion to dismiss this action with prejudice. Having read the moving papers, and good cause appearing, the Court **GRANTS** the joint motion, and **DISMISSES WITH PREJUDICE** all claims asserted against Defendant Experian Information Services. (Doc. 14.) Each party shall bear its own costs. The Clerk of the Court shall close this case.

　　　**IT IS SO ORDERED.**

DATE: November 19, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. THOMAS J. WHELAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　Southern District of California